# EXHIBIT 6

| U.S. Patent 8,114,027 "1. method for collecting a biological specimen to be analyzed:" ||
|---|---|
| **Claim Language** | **Exemplary Evidence and Support** |
| 1 [(pre)]. A method for collecting biological specimen to be analyzed: | Puritan's flocked swab products are made and sold for use in a method for collecting biological specimen to be analyzed.<br><br>For example, one of Puritan Diagnostic's brochures provides instructions for users to collect a specimen to be analyzed with Puritan's "HydraFlock® swabs":<br><br>**1 COLLECT SPECIMEN**<br>Our patented HydraFlock® swabs, with more overall surface area, make collection easy and fast. |

1

| U.S. Patent 8,114,027 |
|---|
| "1. method for collecting a biological specimen to be analyzed:" |
| <br><br>Puritan Diagnostics Brochure at 2, *available at* http://www.scriptphd.com/mywork/LiquidAmiesBrochure.pdf.<br><br>Regarding the specimen collected, Puritan advertises that its HydraFlock contains "[n]o fiber additives to interfere with specimen purity." *Id.* And, having collected a specimen, the HydraFlock swabs may be placed in Puritan's Liquid Amies Medium, which "[m]aintains viability of aerobic, anaerobic, and fastidious bacteria." *Id.* Moreover, Puritan advertises that its HydraFlock swabs are available in several tip shapes, sizes, and breakpoints "to accommodate specific uses and patient comfort." *Id.* |

| | U.S. Patent 8,114,027<br>"1.   method for collecting a biological specimen to be analyzed:" |
|---|---|
| | Also, one of Puritan's blog posts describes a Google definition of "flocked swab" meaning "[s]pecimen collection device…used to collect specimens of bacterial and viral pathogens" as "accurate."  Puritan Blog Post, "HydraFlock: The Superior Flocked Swab" at 1 (Mar. 27, 2017), *available at* https://blog.puritanmedproducts.com/why-hydaflock-is-superior-flocked-swab.<br><br>Also, Puritan has stated that it manufactures its flocked swabs in accordance with its own patents, for example, Puritan's U.S. Patent No. 8,420,385.  *See, e.g.*, Puritan Medical Press Release (Dec. 22, 2011), *available at* https://www.puritanmedproducts.com/assets/uploads/press-releases/PMP%20response%20to%20Copan%20flock%20patent%20rev-c.pdf ("Puritan has designed two new and unique swabs, *the PurFlock® Ultra and HydraFlock® swabs*.  **Puritan has filed patent applications** *for both of these novel new* **swabs**… Puritan looks forward to receiving patents on its unique PurFlock® Ultra and HydraFlock® **swabs**… Patents are pending in…the United States." (bold in original, italics and underline added)).<br><br>*See also* Puritan's U.S. Patent No. 8,420,385 at 1:44-47 ("The present disclosure provides a method of collecting a biological sample which includes contacting the swab of the disclosure with a source of biological material such that a sample of the material is retained by the swab."), 4:50-55 ("The swabs of the present disclosure are adapted or designed for collection of, for example, biological samples from oral, nasal, ocular, rectal, urethral, or vaginal orifices of a mammal, such as a human, or patient.  The swabs may be used and is designed for collection of a biological specimen by contact with the fibers of the device[.]"), 4:61-62 ("The swabs of the present disclosure is useful for and in a method of collecting biological samples."). |
| [1(a)] with a swab comprising a rod terminating in a tip, | Puritan's flocked swab products are made and sold for use in a method for collecting biological specimen to be analyzed, with a swab comprising a rod terminating in a tip.<br><br>For example, one of Puritan Diagnostic's brochures states that Puritan's "HydraFlock® swabs are available in several tip shapes and sizes."  Puritan Diagnostics Brochure at 2, *available at* http://www.scriptphd.com/mywork/LiquidAmiesBrochure.pdf.<br><br>Also, one of Puritan's blog posts describes a Google definition of "flocked swab" meaning "[s]pecimen collection device with tufts of polyester material attached to the end of a plastic shaft…" as "accurate."  Puritan Blog Post, "HydraFlock: The |

| | U.S. Patent 8,114,027<br>"1.    method for collecting a biological specimen to be analyzed:" |
|---|---|
| | Superior Flocked Swab" at 1 (Mar. 27, 2017), *available at* https://blog.puritanmedproducts.com/why-hydaflock-is-superior-flocked-swab.<br><br>*See also* Puritan Medical Press Release (Dec. 22, 2011), *available at* https://www.puritanmedproducts.com/assets/uploads/press-releases/PMP%20response%20to%20Copan%20flock%20patent%20rev-c.pdf ("Puritan has designed two new and unique swabs, *the PurFlock® Ultra and HydraFlock® swabs*. **Puritan has filed patent applications** *for both of these novel new* **swabs**… Puritan looks forward to receiving patents on its unique PurFlock® Ultra and HydraFlock® **swabs**… Patents are pending in…the United States." (bold in original, italics and underline added)); Puritan's U.S. Patent No. 8,420,385 at 4:5-7 ("An applicator of the swab of the present disclosure may be a rod or rod-like thermoplastic substrate[.]"), 4:62-64 ("A swab of the present disclosure is of the type containing a rod terminating with a tip[.]"). |
| [1(b)] a layer of fibers of uniform thickness, covering the tip and disposed in an ordered arrangement and perpendicular to the surface of the tip by flocking, | Puritan's flocked swab products are comprised of a layer of fibers of uniform thickness, covering the tip and disposed in an ordered arrangement and perpendicular to the surface of the tip by flocking.<br><br>For example, one of Puritan's blog posts describes a Google definition of "flocked swab" meaning "[s]pecimen collection device with tufts of polyester material attached to the end of a plastic shaft…" as "accurate."  Puritan Blog Post, "HydraFlock: The Superior Flocked Swab" at 1 (Mar. 27, 2017), *available at* https://blog.puritanmedproducts.com/why-hydaflock-is-superior-flocked-swab.; *see also* Puritan Medical Advertisement, "PATENTS. PATENTS. PATENTS," http://puritanadvantage.com, accessed Dec. 30, 2011 (indicating, with respect to "PURITAN HydraFlock®," that there are "Patents pending on our advanced flocking process…Proprietary system uses minimal adhesive coating…").<br><br>*See also* Puritan Medical Press Release (Dec. 22, 2011), *available at* https://www.puritanmedproducts.com/assets/uploads/press-releases/PMP%20response%20to%20Copan%20flock%20patent%20rev-c.pdf ("Puritan has designed two new and unique swabs, *the PurFlock® Ultra and HydraFlock® swabs*. **Puritan has filed patent applications** *for both of these novel new* **swabs**… Puritan looks forward to receiving patents on its unique PurFlock® Ultra and HydraFlock® **swabs**… Patents are pending in…the United States." (bold in original, italics and underline added)); Puritan's U.S. Patent No. 8,420,385 at 4:62-67 ("A swab of the present disclosure is of the type containing a rod terminating with a tip covered in the fibers described herein to allow absorption of said specimens, wherein the fibers cover or substantially cover the tip in the form of a layer applied by means of flocking."). |

4

| U.S. Patent 8,114,027 |
|---|
| "1.     method for collecting a biological specimen to be analyzed:" |
| For example, one of Puritan's advertisements states that, with respect to "PURITAN HydraFlock®," that there are "Patents pending on our advanced flocking process…Proprietary system uses minimal adhesive coating…"  Puritan Medical Advertisement, "PATENTS. PATENTS. PATENTS," http://puritanadvantage.com, accessed Dec. 30, 2011.<br><br>For example, one of Puritan's brochures shows that Puritan's flocking process involves the deposit of fibers in an ordered manner perpendicularly to the surface of the tip of the swab rod:<br><br><br><br>Puritan Infographic, "Why Flock?" (2013). |

| U.S. Patent 8,114,027 |
|---|
| "1.     method for collecting a biological specimen to be analyzed:" |
| In addition, a Puritan Medical Products Co., LLC study on absorption and release of HydraFlock and PurFlock Ultra from 2013 states the following:<br><br>> Realizing the limitation of the traditional wrapped swabs in releasing microbial cells, Puritan Medical Products Co., LLC in 2008 initiated an aggressive research and development program to create a new generation of microbiological specimen collection swabs. The newly developed technology consists of ***multiple parallel fibers*** of specific lengths adhered on the swab head ***standing straight up off the swab tip*** which creates voids between fibers to not only collect but also have superior release characteristics. Puritan's R&D activities ultimately led to a breakthrough in developing a flocked swab trademarked HydraFlock®. The HydraFlock® and PurFlock Ultra® swabs target the clinical diagnostic field for improved sample collection, efficient sample release and patient comfort.<br><br>Puritan HydraFlock® and PurFlock Ultra® Absorption and Release Comparison Study at 1 (Oct. 4, 2013) (emphasis added), *available at* https://www.puritanmedproducts.com/assets/uploads/general/Flocked-Swab-Study_10-9-2013v03.pdf.<br><br>Also, a Puritan Blog Post from December 8, 2014 states that:<br><br>> Flocking refers to a process of applying short fibers called flock—cut from tow (a loose rope of thin continuous strands). The resulting flock is then dried, screened, and ***precisely placed around the tip*** of a molded handle which creates the swab's head shape and size.<br><br>Puritan Blog Post, "Puritan Flocked Swabs: HydraFlock® vs. PurFlock Ultra® - What's the Difference?" at 2 (Dec. 8, 2014) (emphasis added), *available at* https://blog.puritanmedproducts.com/puritan-flocked-swabs-hydraflock-vs-purflock.<br><br>*See also* Puritan's U.S. Patent No. 8,420,385 at 4:5-12 ("An applicator of the swab of the present disclosure may be a rod or rod-like thermoplastic substrate wherein one end is coated, partially, substantially or completely, with an adhesive to anchor or hold fibers of the present disclosure to the substrate in an initial arrangement generally perpendicular to the substrate and generally parallel to adjacent fibers to thereby create, for example, a bristle or bristly end on the substrate."), 4:23-27 ("In the flocking technique of the present disclosure, an electric field of alternating or direct current is applied to the fibers in a manner |

| U.S. Patent 8,114,027 "1. method for collecting a biological specimen to be analyzed:" | |
|---|---|
| | know in the art to organize and transport charged fibers to opposite charged adhesive-covered substrate such that the fibers are held in place by the tackiness or adhesive strength of the adhesive, only in areas where the adhesive has been applied to produce flock fiber tipped applicators, or swabs of the disclosure."), 6:22-25 ("A 3.5 KV/cm strength was applied to the DC electrodes of the Flock Activity Tester (upflocking machine).  This causes the flock fibers to align themselves and actively move to the top electrode."). |
| [1(c)] said layer of fibers having a thickness between 0.6 to 3 mm | Puritan's flocked swab products are comprised of a layer of fibers, the layer of fibers having a thickness between 0.6 to 3 mm.<br><br>For example, Dr. Manfred Pinnow was the Düsseldorf, Germany District Court's court-appointed expert in inspection proceedings regarding Copan's German utility model DE 020 2004 021 787.2 ("DE '787"), initiated in 2012 against Puritan. In his expert report in those proceedings, analyzing Puritan's HydraFlock Swab and the PurFlock Ultra Swab, Dr. Pinnow stated that:<br><br>> The thickness of the fiber layer on the [HydraFlock Swab MW819 and MW820] is 0.6 to 0.7 mm, and therefore lies within the specification of the utility model.<br><br>> …The fiber layer on the [PurFlock Swab MW811 and MW812] has a thickness of 0.85mm and lies within the specification of the utility model.<br><br>Expert Report of Dr. Manfred Pinnow (Eng. transl.) ("Pinnow Report") at 14-15 (Jan. 13, 2013); *see also id.* at 11-12.<br><br>Also, Dr. Francesco Gatti is a technical expert of Centro Tessile Serico, whom was retained by Copan in the Appeal Court in Düsseldorf, Germany in the proceedings I-2 U 46/14.  In his June 17, 2015 affidavit, analyzing Puritan HydraFlock (swab code 25-3306-H, Medical Wire & Equipment Co. Swab Code MW817), Dr. Gatti stated that:<br><br>> The total mean length of the fibers of MW817 is 0,985 mm and the lower end penetrates completely the glue layer for about 0,150mm (15,2% of the total length). |

7

| | U.S. Patent 8,114,027<br>"1.    method for collecting a biological specimen to be analyzed:" |
|---|---|
| | Affidavit of Dr. Francesco Gatti at 3 (June 17, 2015) ("Gatti June Aff."). *See also* Puritan's U.S. Patent No. 8,420,385 at 6:61-63 ("While 0.5mm long nylon/PET flock fiber were initially investigated, fibers of various sizes may be used and are contemplated."). |
| [1(d)] and a fiber count of 1.7 to 3.3 Dtex | Puritan's flocked swab products are comprised of a layer of fibers, the layer of fibers having a fiber count of 1.7 to 3.3 Dtex.<br><br>For example, Dr. Pinnow in his expert report, stated that, with respect to the MW816, MW817, MW818, MW819 and MW820 swabs (*i.e.*, Puritan HydraFlock swab codes 25-3406-H, 25-3306-H, 25-3316-H, 25-3317-H, and 25-3318-H, respectively):<br><br>    The fiber bundles of the two examined sample swabs have for polyethylene terephthalate (PET) with a density of 1.38 g/cm$^3$ a fineness of 2.01 and 3.2 dtex, and fall therefore within the specification of the utility model.<br><br>Pinnow Report at 14.<br><br>Also, in his March 18, 2016 affidavit, analyzing Puritan HydraFlock (swab codes 25-3406-H, 25-3306-H, 25-3316-H, 25-3317-H, and 25-3318-H, respectively, Medical Wire & Equipment Co. Swab Codes MW816, MW817, MW818, MW819 and MW820), Dr. Gatti concluded that the MW816's fiber count was 3.14 Dtex, the MW817's fiber count was 3.26 Dtex, the MW818's fiber count was 3.23 Dtex, the MW819's fiber count was 3.25 Dtex, and the MW820's fiber count was 3.32, and thus, "the swabs were produced from fibers having a nominal value of 3.3 Dtex.": |

8

U.S. Patent 8,114,027
"1. method for collecting a biological specimen to be analyzed:"

$$T \text{ (dtex)} = \frac{\pi}{4} \times 10^{-2} \times \rho \times \varnothing^2 = 7{,}85 \times 10^{-3} \times \rho \times \varnothing^2$$

| | Fiber Bundles<br>Indiv. Measures of diameter<br>µm | Mean<br><br>µm | 95%<br>Confidence<br>Limit | Polymer<br>density<br>(g/cm³) | Titer<br>(T)<br>dtex |
|---|---|---|---|---|---|
| MW 816 | 17.35; 16.97; 17.05; 17.35; 17.31; 17.18; 17.26;17.04; 16.54; 16.29 | 17,03 | 0,24 | 1,38 | 3,14 |
| MW 817 | 17.21; 17.35; 16.80; 17.49; 17.56; 17.61;16.79; 17.52; 17.50; 17.52 | 17,34 | 0,21 | 1,38 | 3,26 |
| MW 818 | 17.09; 17.25; 17.67; 17.51; 17.70; 16.91; 16.00;17.57; 17.55; 17.53 | 17,28 | 0,35 | 1,38 | 3,23 |
| MW819 | 17.55; 17.54; 17.67; 17.24; 17.60; 17.41;17.57;16.95;17.20; 16.45 | 17,32 | 0,25 | 1,38 | 3,25 |
| MW 820 | 17.06; 17.61; 17.57;17.32; 17.66; 17.86; 16.98;17.80;17.37; 17.77 | 17,50 | 0,20 | 1,38 | 3,32 |

Table 1 – Individual diameter measures and calculated mean diameters and titers

The man-made fibers are commercially sold with nominal fiber titer of dtex: 1.3; 1.7; 2.1; 2.4; 2.8; 3.3; 3.7; 4,4; etc. Therefore, the swabs were produced from fibers having a nominal value of 3.3. dtex. The titer differences found for the different swabs are most likely due to normal process fluctuations in production of the fiber bundles or swab lots.

Affidavit of Dr. Francesco Gatti ("Gatti March Aff.") at 3-4 (Mar. 18, 2016); *see also* Puritan's U.S. Patent No. 8,420,385 at 3:4-9 ("The islands-in-sea type bicomponent composite fiber of the present disclosure have a linear mass density in the range of about 1-7 deniers, alternatively in the range of about 2 to 6 deniers or the range of 2 to 5.8 deniers (or ***2.22 to 6.49 dtex***) wherein a denier is the mass in grams per 9000 meters of fiber and dtex is the mass in grams per 10,000 meters." (emphasis added)).

| U.S. Patent 8,114,027 |  |
|---|---|
| "1.    method for collecting a biological specimen to be analyzed:" | |
| [1(e)] in which said fibers define capillaries in said layer of fibers, conferring hydrophilic properties by capillarity to the layer of fibers, the method comprising the steps of: collecting a liquid specimen to be analyzed by absorbing a quantity between 40 µl and 100 µl of liquid specimen in said layer of fibers by capillarity effect; | Puritan's flocked swab products are comprised of a layer of fibers, in which said fibers define capillaries in said layer of fibers, conferring hydrophilic properties by capillarity to the layer of fibers, the method comprising the steps of: collecting a liquid specimen to be analyzed by absorbing a quantity between 40 µl and 100 µl of liquid specimen in said layer of fibers by capillarity effect.<br><br>For example, a Puritan Medical Products Co., LLC study on absorption and release of HydraFlock and PurFlock Ultra from 2013 states the following:<br><br>> The dip method is a direct measurement of the swabs volume capacity in a three-second interval. To begin, a beaker of water is placed on an analytical scale and zeroed. The swab is then completely submerged in the water for three seconds. After three seconds, the swab is removed and the displacement of water from the beaker is the volume absorbed by the swab. Refer to |

tables 1 and 2 for dip method results of Puritan HydraFlock® and Puritan PurFlock Ultra® swabs… The 25-3406-H is a HydraFlock® swab. The 25-3406-U is a PurFlock Ultra® swab.

…

**RESULTS**

**Table 1. Puritan HydraFlock® Dip Method Results**
*Please note all values are in mL.

| Sample | 25-3406-H | 25-3506-H | 25-3316-H | 25-3317-H | 25-3318-H |
|---|---|---|---|---|---|
| 1 | 0.1844 | 0.2001 | 0.0940 | 0.0778 | 0.0380 |
| 2 | 0.1710 | 0.2066 | 0.1004 | 0.0827 | 0.0380 |
| 3 | 0.1721 | 0.2062 | 0.0952 | 0.0892 | 0.0420 |
| 4 | 0.1727 | 0.2014 | 0.0972 | 0.0817 | 0.0340 |
| 5 | 0.1758 | 0.2092 | 0.0926 | 0.0818 | 0.0400 |
| 6 | 0.1693 | 0.2014 | 0.0984 | 0.0833 | 0.0400 |
| 7 | 0.1800 | 0.2050 | 0.1019 | 0.0835 | 0.0380 |
| 8 | 0.1796 | 0.2078 | 0.0996 | 0.0881 | 0.0410 |
| 9 | 0.1782 | 0.2018 | 0.0987 | 0.0808 | 0.0410 |
| 10 | 0.1721 | 0.2085 | 0.0933 | 0.0812 | 0.0370 |
| **Average** | **0.1755** | **0.2048** | **0.0971** | **0.0830** | **0.0389** |

**Table 2. Puritan PurFlock Ultra® Dip Method Results**

*Please note all values are in mL.

| Sample | 25-3406-U | 25-3506-U | 25-3316-U | 25-3317-U | 25-3318-U |
|---|---|---|---|---|---|
| 1 | 0.1935 | 0.2086 | 0.1023 | 0.0831 | 0.0426 |
| 2 | 0.1846 | 0.203 | 0.1003 | 0.0858 | 0.0426 |
| 3 | 0.1985 | 0.208 | 0.0985 | 0.0823 | 0.041 |
| 4 | 0.193 | 0.2058 | 0.1021 | 0.0834 | 0.0404 |
| 5 | 0.1902 | 0.2087 | 0.099 | 0.0881 | 0.0407 |
| 6 | 0.1983 | 0.2042 | 0.0977 | 0.0841 | 0.0391 |
| 7 | 0.1909 | 0.2055 | 0.103 | 0.0836 | 0.0403 |
| 8 | 0.1896 | 0.1999 | 0.0969 | 0.0879 | 0.0399 |
| 9 | 0.1787 | 0.2068 | 0.0955 | 0.0822 | 0.0399 |
| 10 | 0.1883 | 0.2103 | 0.0988 | 0.09 | 0.0415 |
| Average | 0.1906 | 0.2061 | 0.0994 | 0.0851 | 0.0408 |

Puritan HydraFlock® and PurFlock Ultra® Absorption and Release Comparison Study at 2-3 (Oct. 4, 2013) (emphasis added) *available at* https://www.puritanmedproducts.com/assets/uploads/general/Flocked-Swab-Study_10-9-2013v03.pdf. Thus, according to Puritan, for example, the HydraFlock swab (25-3317-H) absorbed an average of 0.0830 mL (83.0 μl) of water, and the PurFlock Ultra swab (25-3317-U) absorbed an average of 0.0851 mL (85.1 μl) of water.

Also, in his June 17, 2015 affidavit, analyzing Puritan HydraFlock (swab code 25-3306-H, respectively, Medical Wire & Equipment Co. Swab Code MW817), Dr. Gatti wrote that:

> Experimental absorption tests were carried out by dipping the flocked portions of the swabs into water and extracting the flocked portions after 3 seconds, time largely sufficient for completely

12

| U.S. Patent 8,114,027 | |
|---|---|
| "1. method for collecting a biological specimen to be analyzed:" | |
| | saturating the swab.  During the experimental absorption tests carried out, the experimental effective volume of water absorbed by the Hydraflock Swab MW 817 was determined by weighing the swab before and after immersion in water.  The mean result obtained by such tests is 0,136 g (± 0,004 g) corresponding to 136 mm$^3$ or 136 microliters (µl)… The tests have also shown that the single composite fibers or fiber bundles have **hydrophilic properties**, firstly because they allow to collect and retain a quantity of liquid by **capillary effect** between the fiber bundles.<br><br>Gatti June Aff. at 11-13 (emphasis added); *see also* Puritan's U.S. Patent No. 8,420,385 at 4:54-60 ("The swabs may be used and is designed for collection of a biological specimen by contact with the fibers of the device such that the device may collect, for example, about 35 to about 200 µl, such as 40, 50, 60, 70, 80, 90, 100, 120, 130, 140, 150, 160, 170, 180, or 190 µl[.]"). |
| [1(f)] storing and transporting said quantity of specimen in said layer of fibers; and releasing a quantity of said specimen to be analyzed from said layer of fibers. | Puritan's flocked swab products are made and sold for use in a method for collecting biological specimen to be analyzed, the method comprising the steps of storing and transporting said quantity of specimen in said layer of fibers; and releasing a quantity of said specimen to be analyzed from said layer of fibers.<br><br>*See* claim 1[pre] above; Puritan Diagnostics Brochure at 2, *available at* http://www.scriptphd.com/mywork/LiquidAmiesBrochure.pdf (entitled "Puritan Diagnostics Liquid Amies bacterial collection and transport system"). |

13