UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| COPAN ITALIA S.P.A., and<br>COPAN DIAGNOSTICS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>PURITAN MEDICAL PRODUCTS<br>COMPANY LLC, PURITAN<br>DIAGNOSTICS LLC, HARDWOOD<br>PRODUCTS COMPANY LP, AND<br>HARDWOOD PRODUCTS<br>COMPANY LLC,<br><br>    Defendants. | Civil Action No. 1:18-cv-00218-JDL |

## JOINT MOTION TO STAY

Copan Italia S.p.A. and Copan Diagnostics, Inc. (collectively, "Copan" or "Plaintiffs"), and Puritan Medical Products Company LLC, Puritan Diagnostics LLC, Hardwood Products Company, LP, and Hardwood Products Company, LLC (collectively, "Puritan" or "Defendants") (all collectively, "Parties"), jointly move to stay all pending deadlines in the above-captioned litigation due to the current COVID-19 global pandemic.

These are extraordinary times. Both Copan and Puritan manufacture critical materials in the fight to control the pandemic. Specifically, the parties manufacture swabs that can be used for viral sample collection. Both are working around the clock to maximize product output due to the ongoing surge in demand during the COVID-19 outbreak. *See* "COPAN Streamlines Production to Yield Maximum Output of Viral Transport Kits for Collection of Upper Respiratory Samples, Including COVID-19," *available at* https://www.copanusa.com/copan-streamlines-production-to-yield-

1

maximum-output-of-viral-transport-kits-for-collection-of-upper-respiratory-samples-including-covid-19/ (February 28, 2020); "Puritan Medical Products to Double COVID-19 Swab Production with New Factory," *available at* https://www.puritanmedproducts.com/news-and-events/news/post/Press-Release-Puritan-COVID-Swab-New-Factory (May 4, 2020).

Puritan and Copan may disagree as to the merits of the pending lawsuit, but they are united in their view that all of their resources at this time are best devoted to producing viral testing materials. Moreover, the current pandemic could fundamentally change the contours of this case. To that end, the Parties respectfully request that the case be stayed, and all pending deadlines removed from the calendar, until such time as the crisis passes and a scheduling conference may be held.

For the duration of the stay, the Parties propose to submit status reports to the Court every 30 days. In the meantime, counsel for both Parties will engage in good-faith efforts to narrow, or resolve, the issues between them. If the Parties are unable to resolve their disputes and wish to lift the stay, they agree to meet and confer to provide a proposed scheduling order.

Dated: May 13, 2020

*/s/ Stacy O. Stitham*
Peter J. Brann
Stacy O. Stitham
David Swetnam-Burland
BRANN & ISAACSON
184 Main Street, 4th Floor
Lewiston, ME 04243-3070
(207) 786-3566
pbrann@brannlaw.com
sstitham@brannlaw.com
dsb@brannlaw.com

*Pro Hac Vice* Filed:
Taniel E. Anderson
Gary A. Coad
Sara Schneider
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006
(202) 857-6000
taniel.anderson@arentfox.com
gary.coad@arentfox.com
sara.schneider@arentfox.com

*Attorneys for Defendants*

Respectfully submitted,

*/s/ Rebecca Gray Klotzle*
Rebecca Gray Klotzle
Kristin M. Racine
CURTIS THAXTER LLC
One Canal Plaza, Suite 1000
Portland, ME 04112-7320
(207) 774-9000
rklotzle@curtisthaxter.com
kracine@curtisthaxter.com

*Pro Hac Vice* Filed:
James M. Wodarski
Michael C. Newman
Michael Renaud
Peter J. Cuomo
Daniel B. Weinger
Matthew A. Karambelas
Courtney Herndon
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
JWodarski@mintz.com
MCNewman@mintz.com
MTRenaud@mintz.com
PJCuomo@mintz.com
DBWeinger@mintz.com
MAKarambelas@mintz.com
TKnapp@mintz.com
CHerndon@mintz.com

*Counsel for Plaintiffs*
*Copan Italia S.p.A. and Copan Diagnostics, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause an electronic notice to be sent to all registered counsel of record.

Dated:  May 13, 2020  */s/ Stacy O. Stitham*
　　　　　　　　　　　　　　　　　　Stacy O. Stitham