**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

COPAN ITALIA S.P.A., and
COPAN DIAGNOSTICS, INC.,

Plaintiffs,

v.

PURITAN MEDICAL PRODUCTS COMPANY LLC, PURITAN DIAGNOSTICS LLC, HARDWOOD PRODUCTS COMPANY LP, AND HARDWOOD PRODUCTIONS COMPANY LLC,

Defendants.

C.A. No. 1:18-cv-218-JDL

JURY TRIAL DEMANDED

**PROTECTIVE NOTICE OF APPEAL**

Notice is given that Defendants Puritan Medical Products Company LLC, Puritan Diagnostics LLC, Hardwood Products Company LP, and Hardwood Productions Company LLC (collectively, "Defendants") hereby alternatively appeal to the United States Court of Appeals for the Federal Circuit from the District Court's order, dated June 1, 2022, denying Defendants' Partial Motion to Dismiss, which asserted Defendants' immunity from suit pursuant to the Public Readiness and Emergency Preparedness Act. A copy of the Order is attached as Exhibit A to this Notice.

Prior to filing this Notice, Defendants also filed a Notice of Appeal to the United States Court of Appeals for the District of Columbia Circuit pursuant to a right to appeal under 42 U.S.C. § 247d-6d(e)(10). Defendants have filed this protective Notice of Appeal if the United States Court of Appeals for the District of Columbia Circuit were to determine that it lacks jurisdiction over Defendants' appeal. In that event, the United States Court of Appeals for the

Federal Circuit would have jurisdiction over this appeal from a denial of immunity from suit and liability pursuant to 28 U.S.C. § 1295(a)(1) and the collateral order doctrine.

Dated: June 16, 2022

Respectfully submitted,

*/s/ Hannah L. Wurgaft*

Peter J. Brann
Stacy O. Stitham
David Swetnam-Burland
Hannah L. Wurgaft
**BRANN & ISAACSON**
184 Main Street, 4th Floor
Lewiston, ME 04243-3070
(207) 786-3566
pbrann@brannlaw.com
sstitham@brannlaw.com
dsb@brannlaw.com
hwurgaft@brannlaw.com

Of Counsel:
James H. Hulme
Janine A. Carlan
Taniel E. Anderson
Kevin R. Pinkney
ARENTFOX SCHIFF LLP
1717 K Street, NW
Washington, DC 20006
(202) 857-6000
james.hulme@afslaw.com
janine.carlan@afslaw.com
taniel.anderson@afslaw.com
kevin.pinkney@afslaw.com

Andrew R. Levin
ARENTFOX SCHIFF LLP
The Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199
(617) 973-6100
andrew.levin@afslaw.com

Sara T. Schneider
ARENTFOX SCHIFF LLP
555 West Fifth Street, 48 Floor
Los Angeles, CA 90013
(213) 629-7400
sara.schneider@afslaw.com

*Attorneys for Defendants*