# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| COPAN ITALIA S.P.A., and<br>COPAN DIAGNOSTICS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>PURITAN MEDICAL PRODUCTS<br>COMPANY LLC, PURITAN<br>DIAGNOSTICS LLC, HARDWOOD<br>PRODUCTS COMPANY LP, AND<br>HARDWOOD PRODUCTS<br>COMPANY LLC,<br><br>    Defendants. | Civil Action No. 1:18-cv-00218-JDL |

## JOINT MOTION TO STAY

Pursuant to ECF No. 235, Copan Italia S.p.A. and Copan Diagnostics, Inc. (collectively, "Copan" or "Plaintiffs"), and Puritan Medical Products Company LLC, Puritan Diagnostics LLC, Hardwood Products Company, LP, and Hardwood Products Company, LLC (collectively, "Puritan" or "Defendants") (all collectively, "Parties"), jointly move to terminate all pending deadlines in the above-captioned litigation and stay this litigation pending Puritan's interlocutory appeals to the United States Court of Appeals for the District of Columbia Circuit (ECF No. 236) and to the United States Court of Appeals for the Federal Circuit (ECF No. 237), both filed on June 16, 2022.

The outcome of those appeals will significantly affect the scope and contours of this litigation. Additionally, during the pendency of Puritan's Partial Motion to Dismiss (ECF No. 212), the Parties did not complete supplemental fact discovery and had not completed expert discovery,

1

including any expert depositions. Accordingly, the Parties have not yet sought to file dispositive or *Daubert* motions and this matter is not ready for trial. The Parties seek to take this case off the trial list for August 2022 and cancel all related deadlines.

The Parties propose instead to stay this action until the pending appeals are resolved, to be followed by a court-ordered schedule to complete any remaining fact and expert discovery, to seek to file dispositive and *Daubert* motions, and to be ready for trial. The Parties are prepared to discuss this motion in greater detail at the Case Management Conference on June 27, 2022. ECF No. 242.

To that end, the Parties respectfully request that the case be stayed, and all pending deadlines removed from the calendar, until Puritan's appeals are resolved.

Dated: June 22, 2022               Respectfully submitted,

/s/ *Stacy O. Stitham*              /s/ *Richard P. Olson*
Peter J. Brann                      Richard Olson
Stacy O. Stitham                    Emily Crowley
David Swetnam-Burland               CURTIS THAXTER LLC
Brann & Isaacson                    One Canal Plaza, Suite 1000
184 Main Street, 4th Floor          P.O. Box 7320
Lewiston, ME 04243-3070             Portland, ME 04112-7320
(207) 786-3566                      (207) 774-9000
pbrann@brannlaw.com                 ROlson@curtisthaxter.com
sstitham@brannlaw.com               Ecrowley@curtisthaxter.com
dsb@brannlaw.com

                                    *Pro Hac Vice* Filed:
James H. Hulme
Janine A. Carlan                    James M. Wodarski
Taniel E. Anderson                  Michael C. Newman
Kevin R. Pinkney                    Michael Renaud
ARENTFOX SCHIFF LLP                 Peter J. Cuomo
1717 K Street, NW                   Daniel B. Weinger
Washington, DC 20006                Matthew A. Karambelas
(202) 857-6000                      Courtney Herndon
james.hulme@afslaw.com              Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
janine.carlan@afslaw.com            One Financial Center
taniel.anderson@afslaw.com          Boston, MA 02111
kevin.pinkney@afslaw.com            (617) 542-6000
                                    JWodarski@mintz.com

| | |
|---|---|
| Andrew R. Levin<br>ARENTFOX SCHIFF LLP<br>The Prudential Tower<br>800 Boylston Street, 32nd Floor<br>Boston, MA 02199<br>(617) 973-6100<br>andrew.levin@afslaw.com<br><br>Sara T. Schneider<br>ARENTFOX SCHIFF LLP<br>555 West Fifth Street, 48 Floor<br>Los Angeles, CA 90013<br>(213) 629-7400<br>sara.schneider@afslaw.com<br><br>*Attorneys for Defendants* | MCNewman@mintz.com<br>MTRenaud@mintz.com<br>PJCuomo@mintz.com<br>DBWeinger@mintz.com<br>MAKarambelas@mintz.com<br>CHerndon@mintz.com<br><br>*Counsel for Plaintiffs*<br>*Copan Italia S.p.A. and Copan Diagnostics, Inc.* |

## CERTIFICATE OF SERVICE

  I hereby certify that on June 22, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause an electronic notice to be sent to all registered counsel of record.

Dated: June 22, 2022

                */s/Richard P. Olson*
                Counsel for Plaintiffs
                Copan Italia S.p.A. and Copan Diagnostics, Inc.