# United States Court of Appeals for the Federal Circuit

---

**COPAN ITALIA SPA, COPAN DIAGNOSTICS INC.,**

*Plaintiffs-Appellees*

v.

**PURITAN MEDICAL PRODUCTS COMPANY LLC, PURITAN DIAGNOSTICS LLC, PURITAN MEDICAL PRODUCTS COMPANY I LP, HARDWOOD PRODUCTS COMPANY LLC,**

*Defendants-Appellants*

---

2022-1943

---

Appeal from the United States District Court for the District of Maine in No. 1:18-cv-00218-JDL, Chief Judge Jon D. Levy.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered May 14, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 20, 2024
Date



Jarrett B. Perlow
Clerk of Court